Law Library
Officer Gavins:

9-20-05

RECEIVED
2005 OCT -4 A 9:48

Mr. Timothy Lee Sunday
Plaintiff

vs.

Warden Mosely, et. Al
Correctional officers

2:05cv942-F
Civ. Act. _____

Jury Trial
Demanded

Complaint

At 11Pm 9-29-05 officer Blackman entered unit 6b, "Easterling Correctional Facility with strong odor of Alcohol, yelling at prisoners, threatening prisoners; commanded Inmate Tim Sunday to "Get out here." He walked to the door. "I said," Get your ass out here!" I, "Inmate Sunday 'I'." followed orders, "Yes sir." walked through the door. Officer Blackman commanded, "Next time I give you an order, you better do it, or I'll lock your ass up with a write up!" I answered, "My name is Tim officer. You were facing another inmate, talking to another inmate." _____

-1-

I was seated at the side of the T.V. Area, waiting for the cleaning supplies so I can clean the bathroom. Officer Blackman, "Yell" You dumb, Son of a bitch! I didn't ask your name!

I commanded: Shut up! I was standing in the side room with my hands in my pockets, he immediately yelled, threatened bodily harm, and slapped me, saying get back! I fell back against the wall, stood their in shock. Officer Blackman re-entered unit 66 yelling, cussing other prisoners, within a few minutes; he returned with an order to "Get my ass in the dorm. Say another word white boy and I'll close that mouth for good." I didn't say nothing and entered the dorm and waited for cleaning supplies to arrive to attend Institutional Assigned duties.

Plaintiff's Motion for Preliminary Injunction

Plaintiff submits this memorandum of law in support of his motion for a Preliminary injunction.

A Preliminary Injunction should issue because officer Blackman violated my [8th] Eighth Amendment rights by slapping me. (2) I have placed numerous requests in to Warden Moselyi. Prison officials which have gone unanswered. No remedy at law exists without this Honorable Court's Intervention. (3) The Plaintiff will suffer irreparable harm if the Preliminary injunction is denied. Officer Blackman is Black. I am "Cherokee Indian". Just the other day another Black correctional officer "Keeton", would not let this Prisoner shower after I returned from the Law Library, and officer Keeton allowed instead 3 Black Prisoners to shower saying, "You were at the Law Library. That aint nothing!" I requested officer Drake "Black officer in cubicle to allow me to go to the Shift office to report complaint of discrimination. Officer Drake, "Said Discrimination. No." Keeton ran up to the cube saying, You aint Showering. The Black Prisoners were,

without injunctive relief, Plaintiff will suffer the harm ~~the~~ if the Preliminary injunction is not granted and the Preliminary injunction will not harm the Public interest. Tx. Inc. v. Jones Group, Inc. 237 F.3d 891, 895 (7th Cir. 2001); Platinum Home Mortgage Corp. v. Platinum Fin. Group, Inc. 149 F.3d ~~742~~ 722, 729 (7th Cir 1998);

## II. Prayer for Relief

Wherefore, Plaintiff respectfully prays that this Court:

1. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

2. Enter Preliminary and Permanent injunctions ordering defendant's "Mosely" Blackman, Easterling Correctional Facility, their Successors, agents, employees, and all persons acting in concert with them to protect Plaintiff from hostile Correctional officers, implement an indescriminative, adequate system to check officer's conduct, "Grievance System" for the Checks and balances of official Prison misconduct, Abusing, Beatings at Easterling Correctional facility.

3. Order such Additional relief As this Court may deem just "Title 14 Code of Alabama 1975, Prisons, Guards, officers; And Proker.

Respectfully Submitted this 20th day of September, 2005.

Timothy Lee Sunday
213453

Pro Se

Easterling Correctional Facility 200 Wallace Drive Clio Al 36017

---

Pursuant to 28 U.S.C. § 1746. I declare And verify under Penalty of Perjury under the laws of the United States of America that the foregoing is true and Correct. Executed on Sept. 20, 2005.

Tim Sunday

Certificate of Service
Tim Sunday  9-20-05