In The District Court of The United States
For The Middle District of Alabama
Northern Division

Timothy Lee Sunday, #213453             Civil Action 2:05-cv-942-F
    Plaintiff,

    v.

Gwendolyn Posley, et al.,
    Defendants

Written objections to the Proposed findings and advisements in the Magistrate Judge's Recommendation

Please take Notice [Sunday] is well aware of the requirements that he requested Numerous times from the Easterling Correctional Facility Law clerk for forma-Pauperis declaration form and clerk continually advised he hasn't ran off any up front yet. This officer in complaint continues to threaten the Health and Safety of Plaintiff, Prisoners. The Plaintiff has information that repeated complaints about mistreatment of inmates have been overlooked, nothing has been done about them. Officer comes to work drunk. That the complaint was filed addressed to Montgomery County Circuit Court, why has this clerk erroneously filed this complaint in Northern Division Middle District Court? Please provide strict proof.

-1-

That upon the declaration of Timothy Lee Sunday, sworn to on the 11th day of Oct. 2005, a motion will be made at a term of this Court, for an order permitting Plaintiff to pursue this action as a Poor Person, upon the ground that said Plaintiff has insufficient income and property to enable him to pay the costs, fees, and expenses to pursue said action, and for such other and further relief as this Court may deem just and proper.

The three strikes provision does not apply to Plaintiff when prisoner is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g)(2000).

Signed this 11th day of October 2005

Jim Sunday
Pro Se
Pursuant to 28 USC § 1746

To: Clerk
United States District Court,
for the Middle District of Alabama

Certificate of Service

Jim Sunday certified this 11 day Oct. 2005.

Jim Sunday

-2-