IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY LEE SUNDAY, #213453, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-942-F |
| | ) WO |
| GWENDOLYN C. MOSLEY, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #3) to the Recommendation of the Magistrate Judge (Doc. #2) filed on October 14, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on October 7, 2005 is adopted;

3. This case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 1st day of November, 2005.

                                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE