IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

TIMOTHY LEE SUNDAY, #213453,   )
                       )
      Plaintiff,         )
v.                        )   CASE NO.  2:05-cv-942-F
                       )           WO
GWENDOLYN C. MOSLEY,      )
                       )
      Defendant.     )

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is  entered in favor of the defendant and against the plaintiff and that this action is dismissed without prejudice.

DONE this 1st day of November, 2005.

_____
           /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE